IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAYMUNDO LOMELI-DENIS,<br><br>Defendant. | Case №:2:14-MJ-011  EFB<br><br>**O R D E R**<br>**APPOINTING COUNSEL** |

The defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel.

OFFENSE:  8 USC § 1326

CJA Panel attorney Clemente Jimenez is hereby appointed effective January 23, 2014, the date the Office of the Federal Defender first contacted him.

**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

DATED:  1/24/2014

_____
HON. EDMUND F. BRENNAN
United States Magistrate Judge

ORDER APPOINTING COUNSEL            1